476

Commonwealth *v.* Alexander, Appellant.

Submitted September 10, 1962. Before Rhodes, P. J., Ervin, Wright, Woodside, Watkins, Montgomery, and Flood, JJ.

*Willie Alexander,* appellant, in propria persona.

*William C. Cahall, III,* Assistant District Attorney, for appellee.

Opinion Per Curiam, November 15, 1962:
The order of the court below dismissing petition for writ of error coram nobis is affirmed on the opinion

of President Judge FORREST, as reported in 28 Pa. D. & C. 2d 448.